# MINUTES

CASE NUMBER:          1:22-cv-00410-DKW-WRP

CASE NAME:            Hayslip, et al v. City and County of Honolulu

JUDGE:    Wes Reber Porter          DATE:        07/01/2026

COURT ACTION:

EO: The Court reviewed the Joint Motion for Approval of FLSA Collective Action Settlement (Motion), ECF No. 81.  The Court FINDS AND RECOMMENDS that this Motion be GRANTED.  Specifically, the Court finds and recommends that:

1) The District Court APPROVE:
   a) The Settlement Agreement and General Release of All Claims and All Parties, ECF No. 81-4;
   b) The Acknowledgment and Acceptance of Settlement and Waiver and Release of Claims, ECF No. 81-5; and
   c) The Notice of Court-Approved Settlement of FLSA Overtime/Underpayment Case against the City and County of Honolulu, Honolulu Emergency Services Department, Emergency Medical Services Division, ECF No. 81-6.
2) The District Court DISMISS this case with prejudice.  See ECF No. 81 at 4, 81-4 at 10, 81-5 at 1-2, 81-6 at 2.

*Submitted by: Jocelyn Orosz, Courtroom Manager*