IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROBERT M. HAYSLIP, et al., | ) | CV 22-00410 DKW-WRP |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on July 01, 2026, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the EO: Findings

and Recommendation to Grant the Joint Motion for Approval of FLSA Collective

Action Settlement, ECF No. 82,  are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: July 17, 2026 at Honolulu, Hawaii.



/s/ Derrick K. Watson
_____
Derrick K. Watson
Chief United States District Judge